# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MANUAL DAVILA** and **GLADYS DAVILA**,
Appellants,

v.

**HOLLYBROOK GOLF AND TENNIS CLUB CONDOMINIUM ASSOCIATION, INC.**,
Appellee.

No. 4D20-1501

[July 15, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE17-11838 (21).

Pavel Kogan of The Kogan Firm, P.A., Ft. Lauderdale, for appellants.

Charles F. Otto and Tara N. Mulrey of Straley Otto, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***